# Court of Appeals
# of the State of Georgia

ATLANTA, November 25, 2013

*The Court of Appeals hereby passes the following order:*

**A14E0004.   OPTUMRX, INC. v. GEORGIA DEPARTMENT OF COMMUNITY HEALTH.**

Appellant OptumRx, Inc. brings this emergency motion from the trial court's order of November 13, 2013, granting appellee Georgia Department of Community Health (DCH)'s motion to dismiss OptumRx's complaint. OptumRx asserts that this Court should decide OptumRx's appeal before January 1, 2014, when a contract with OptumRx's competitor to provide services under the Pharmacy Benefits Management portion of the State Health Benefits Plan takes effect, because State of Georgia employees, their families, and/or Georgia taxpayers will suffer "substantial harm" as of that date. In the alternative, OptumRx argues that this Court should use its emergency powers to stay implementation of the contract.

OptumRx has not shown that this Court must take any action before January 1, 2014, in order to prevent the issues presented in this appeal from becoming moot. Because OptumRx's motion thus fails to meet the requirements of Rule 40 (b), the motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/25/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*